IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RICHARD ROEDOCKER,<br><br>              Plaintiff,<br><br>vs.<br><br>FARSTAD OIL, INC.,<br><br>              Defendant. | CV 16-29-BLG-SPW-TJC<br><br>**ORDER** |

Defendant Farstad Oil, Inc. moves for the admission of Jillian Kornblatt to practice before this Court in this case with Stephen D. Bell to act as local counsel.[1] (Doc. 28.) Ms. Kornblatt's application appears to be in order, with the exception that her attached affidavit (Doc. 28-1) is signed using the "/s/" electronic signature form. Pursuant to L.R. 83.1(d)(1), a *pro hac vice* applicant may not file electronically unless granted leave to appear *pro hac vice*. *See also* L.R. 11.1(d) ("Only a…registered user…may use the "/s/" form, and…only when signing the document as the filer and filing electronically."). The Court will overlook this deficiency with respect to the instant motion, but Counsel is reminded to use a

---

[1] The caption for Defendant's motion lists attorney Claire Smith as counsel of record and indicates that Ms. Smith has been admitted *pro hac vice*. The Court is unable to locate in the record either a motion for Ms. Smith's *pro hac vice* admission or an order granting such admission.

conventional hand signature when applying for *pro hac vice* admission in the future.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Ms. Kornblatt *pro hac vice* is GRANTED on the condition that Ms. Kornblatt shall do her own work. This means that Ms. Kornblatt must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Kornblatt, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 13th day of January, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge