**FILED**

JUL 1 2 2018

Clerk, U S District Court
District Of Montana
Billings



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| RICHARD ROEDOCKER, | CV 16-29-BLG-SPW |
| Plaintiffs, | |
| vs. | ORDER |
| FARSTAD OIL, INC., | |
| Defendant. | |

Upon the Stipulation for Dismissal With Prejudice (Doc. 54) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, without costs to any of the parties to this action.

IT IS FURTHER ORDERED that the Final Pretrial Conference set for August 22, 2018 at 1:30 p.m. and the Trial set for September 10, 2018 at 9:00 a.m. are **VACATED.**

DATED this 12th day of July, 2018.

Susan P. Watters

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1